UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 26, 2019

SEAN F. McAVOY, CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| *Plaintiff,* | ) ) Case No. 2:19-mj-00490-JTR |
| v. | ) ) |
| **JAIME CASTELLANOS-AVALOS**, | ) ) |
| *Defendant.* | ) |

**CRIMINAL COMPLAINT**

I, Sarah Flood, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 22, 2019, in the county of Grant in the Eastern District of Washington, the defendant(s) violated:

*Code Section*            *Offense Description*
*8 U.S.C. § 1326*         *Alien in the United States After Deportation*

This criminal complaint is based on these facts:

On or about August 22, 2019, JAIME CASTELLANOS-AVALOS, a citizen and national of Mexico, who theretofore on or about November 7, 2008, had been arrested and deported from the United States at San Ysidro, California, was found in the United States by Border Patrol Agent Brad Forthun, in Grant County, Washington, within the Eastern District of Washington.

JAIME CASTELLANOS-AVALOS did not have the expressed consent of the Attorney General, or his successor, or the Secretary of the Department of Homeland Security to apply for re-entry into the United States.

I further state that I am a Border Patrol Agent and that this complaint is based on the following facts: I have read and reviewed the immigration documents contained in the defendant's alien file and know that JAIME CASTELLANOS-AVALOS is a citizen and national of Mexico who was arrested and deported from the United States at San Ysidro, California, on November 7, 2008.

Additionally, I read the report prepared by Agent Forthun who encountered the Defendant, JAIME CASTELLANOS-AVALOS in Ephrata, Washington, on August 22, 2019.  Agent Forthun interviewed the Defendant, JAIME CASTELLANOS-AVALOS and fingerprinted him on August 22, 2019.

☒ Continued on the attached sheet.

The Defendant, JAIME CASTELLANOS-AVALOS was positively identified through the IAFIS Fingerprint System on August 22, 2019.  Based on my knowledge as foresaid, the Attorney General, or his successor, or the Secretary of the Department of Homeland Security has not approved the Defendant for re-admission into the United States.

_____
*Complainant's signature*

Sarah Flood, Border Patrol Agent
_____
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to before me telephonically and signed electronically.

Date:   8-26-19

_____
*Judge's signature*

City and state:   Spokane, Washington

John T. Rodgers, U.S. Magistrate Judge
_____
*Printed name and title*

